ANNIE E. COSTELL, respondent,

*v.*

SMITH COSTELL, appellant.

[Submitted July 8th, 1905. Decided March 5th, 1906.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Grey, whose opinion is reported *ante p. 218.*

*Mr. William T. Hilliard,* for the appellant.

*Mr. Howard L. Miller,* for the respondent.

PER CURIAM.

The decree appealed from is affirmed, for the reasons set forth in the opinion filed in the court of chancery by Vice-Chancellor Grey.

*For affirmance*—THE CHIEF-JUSTICE, DIXON, GARRISON, FORT, GARRETSON, PITNEY, SWAYZE, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL—13.

*For reversal*—None.